IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

KAREN LOGSDON, et al.,

        Plaintiffs,

v.

AMERICAN FAMILY INSURANCE COMPANY, ET AL.,

        Defendants.

Civil No. 04-1152-JE

ORDER ADOPTING MAGISTRATE'S
FINDINGS AND RECOMMENDATIONS

**MOSMAN, Judge.**

On June 17, 2005, Magistrate Judge Jelderks issued Findings and Recommendation (doc. #41) in the above-captioned case GRANTING IN PART AND DENYING IN PART defendant's motion for summary judgment; DENYING defendant's motion to strike; GRANTING plaintiff's motion to file second amended complaint; and DENYING plaintiffs' motion for interim attorney's fees. After a *de novo* review, the court ADOPTS the magistrate's findings and recommendation without modifications as the opinion of this court. See 28 U.S.C. § 636.

IT IS SO ORDERED.

DATED this 29 day of July, 2005.

                              MICHAEL W. MOSMAN
                              United States District Judge